IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LEONARD WINDELL WATERS,**

    **Plaintiff,**

vs.                                                          CASE NO. 1:07cv163-MP/AK

**MARY MCCLENTON, et al,**

    **Defendants.**

    _____/

## O R D E R

By Order dated September 8, 2008, Plaintiff was directed to submit service copies of the third amended complaint (doc. 21). (Doc. 22). Plaintiff filed a motion to extend time to submit these copies on October 6, 2008, (doc. 25), and then submitted copies which are not copies of the third amended complaint. (Doc. 26). Consequently, the motion to extend time (doc. 25) will be GRANTED, but for the purpose of submitted the correct copies of the third amended complaint. The service copies of the incorrect pleading will sent back to Plaintiff with a copy of this order.

Accordingly, it is

**ORDERED**:

1. Plaintiff's motion to extend time (doc. 25) is **GRANTED**, and he shall have until **October 19, 2008**, to provide the Court with two (2) identical copies of his third amended complaint (doc. 21) for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

3. The Clerk of Court is directed to return the incorrect copies (doc. 26) to Plaintiff with a copy of this order.

**DONE AND ORDERED** this  7th  day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 1:07cv163-MP/AK