IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

vs.                                  CASE NO. 1:07CV163-MP/AK

MARY MCCLENTON, et al,

    Defendants.

_____/

## O R D E R

Plaintiff moves for additional time to obtain his medical records. (Doc. 41). However, it appears that Defendants have attached the medical records to their recently filed motion for summary judgment. (See Doc. 40). If there is some particular medical record not included in the attachment to the motion for summary judgment, Plaintiff should file a motion requesting court assistance and an extension of time to obtain it. Otherwise, the motion (doc. 41) is **DENIED**.

**DONE AND ORDERED** this  15th  day of April, 2009.

                                              s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**