**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**LEONARD WINDELL WATERS,**

    **Plaintiff,**

**vs.**                                                          **CASE NO. 1:07CV163-MP/AK**

**MARY MCCLENTON, et al,**

    **Defendants.**

    _____/

**O R D E R**

Presently before the court is Plaintiff's Motion for Extension of Time wherein he asserts that he was never copied with the entire motion for summary judgment (doc. 40), so he has not had benefit of any of his medical records or the affidavits submitted with the motion to prepare questions (interrogatories) or a response. (Doc. 45). Since the Court has no way of verifying that Plaintiff was served with the motion from the present docket, the motion will be **GRANTED**.

The Court notes that Plaintiff is no longer incarcerated and has provided the Court with a post office box number only. Some type of receipt verification is necessary and Plaintiff shall learn what method of verification is possible with a post office box and telephone counsel for the defendants to advise him of the method he should use to mail these documents to Plaintiff and have a signed verification of receipt for them. It is Plaintiff's responsibility to notify counsel as soon as possible so that these documents can be delivered to him.

Accordingly,

It is **ORDERED:**

1.  Plaintiff's motion (doc. 45) is **GRANTED**, and he shall be given through **December 21, 2009**, to file a response to the pending motion for summary judgment. He is advised that all discovery must be completed before this time allowing Defendants at least thirty days to respond to any discovery served upon them.

2.  Plaintiff shall advise Defendants' attorney as soon as possible of the manner and method of serving him with a copy of the motion (doc. 40) and Defendants shall file a Notice with the Court and attach a signed receipt showing delivery of same.

**DONE AND ORDERED** this *20th* day of October, 2009.

*s/* **A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:08cv163-MP/AK**