IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

v.                                  CASE NO. 1:07-cv-00163-MP-WCS

ALACHUA CITY POLICE DEPARTMENT, ALACHUA COUNTY SHERIFF
DEPARTMENT AND JAIL, CHARLES J CRIST, SADIE DARNELL, FLORIDA PRISON
HEALTH SERVICE, JACKSON CORRECTIONAL INSTITUTION, MARY MCCLENTON,
STATE OF FLORIDA, STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, STATE
OF FLORIDA DEPARTMENT OF LAW ENFORCEMENT, RON WOHL,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Renewed Motion for Summary Judgment by Leonard Windell Waters, Doc. 61. Mr. Waters' original motion for summary judgment, Doc. 57, has already been denied, and this cause of action dismissed with prejudice. Therefore, this Court will treat this renewed motion as a motion for reconsideration of the April 8, 2010 order denying Mr. Waters' first motion for summary judgment and dismissing this case.

In his Renewed Motion, Mr. Waters has re-iterated his opinion that his treatment at the Alachua County Jail amounted to cruel and unusual punishment. He has attached several more inmate request forms describing his dissatisfaction with his medical care, some of them with the word "grievance" hand-written near the top of the form. None of these forms, however, move the Court to change its determination that Mr. Waters failed to follow the Alachua County Jail's standard grievance procedure, as required to exhaust his administrative remedies. Nor does anything presented in the Renewed Motion persuade the Court that there is any legal merit to

Mr. Waters' complaint.

Accordingly, the Renewed Motion for Summary Judgment, Doc. 61, considered a motion for reconsideration, is DENIED.

**DONE AND ORDERED** this   *20th* day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge